# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **TO BE FILED UNDER SEAL** |
| v. | : | 25-mj-6069 (JTQ) |
| MICHAEL A. IVEY | : | |

## ORDER

This matter having been brought before the Court upon application of the United States (Richard G. Shephard, Assistant United States Attorney, appearing), for an order sealing the criminal complaint and arrest warrant issued on this date against defendant MICHAEL A. IVEY, and for good cause shown,

IT IS on this 15th day of October 2025,

ORDERED that, except for such copies of the arrest warrant as are necessary to accomplish its purpose, the criminal complaint, arrest warrant, and this Order be and hereby are SEALED until the arrest warrant is executed or until further order of the Court. IT IS FURTHER ORDERED that, once the arrest warrant is executed, the criminal complaint, arrest warrant, and this Order be and hereby are unsealed.

HON. JUSTIN T. QUINN
UNITED STATES MAGISTRATE JUDGE